# SUPREME COURT OF HAWAIʻI

**June 30, 2015**

| | | |
|---|---|---|
| SCAP– 13–00 02732 | Nath v. Ritz-Carlton Hotel Co., L.L.C. | Affirmed |
| SCAP– 13–00 03607 | Narayan v. Marriott Intern., Inc. | Affirmed |